GILBERT A. ROQUE
Attorney at Law
California State Bar Number 074966
913 Court Street
Woodland, California 95695
(530) 666-1935

Attorney for ELISANDRO AMBRIZ-MUÑOZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE FLORES LOPEZ,<br>ELISANDRO AMBRIZ-MUÑOZ,<br>EDUARDO LLAMAS-MONTEZ, and<br>SALVADOR CAMACHO LOPEZ,<br><br>　　　　　　　　Defendants. | CR. NO. 2:07-CR-086-FCD<br><br>STIPULATION AND<br>ORDER TO CONTINUE<br>STATUS CONFERENCE |

　　　Defendants, through counsel, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, agree that the Status Conference set for July 23, 2007, at 10:00 a.m., be continued to August 27, 2007, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.

　　　In addition, it is agreed that the Court should find excludable time through August 27, 2007, pursuant to Local Rules T-2 and T-4.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

DATED: July 18, 2007　　　　　　　/s/ Gilbert A. Roque
　　　　　　　　　　　　　　　　　　GILBERT A. ROQUE, Attorney for
　　　　　　　　　　　　　　　　　　ELISANDRO AMBRIZ-MUÑOZ, Defendant

DATED: July 18, 2007　　　　　　　/s/ Roy E. Miller
　　　　　　　　　　　　　　　　　　ROY E. MILLER, Attorney for
　　　　　　　　　　　　　　　　　　JOSE FLORES LOPEZ, Defendant

1

DATED: July 18, 2007  /s/ Shari Rusk
SHARI RUSK, Attorney for
EDUARDO LLAMAS-MONTES, Defendant

DATED: July 18, 2007  /s/ C. David Eyster
C. DAVID EYSTER, Attorney for
SALVADOR CAMACHO LOPEZ, Defendant

DATED: July 18, 2007  /s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: July 19, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE