LAW OFFICE OF DUNCAN M. JAMES
C. DAVID EYSTER, State Bar No. 113115
P.O. Box 1381
Ukiah, CA 95482
Telephone: (707) 468-9271

Attorney for Defendant SALVADOR CAMACHO LOPEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:07-cr-0086-FCD |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| v. | ) | ORDER TO CONTINUE STATUS |
| | ) | CONFERENCE |
| JOSE FLORES LOPEZ, | ) | |
| ELISANDRO AMBRIZ-MUÑOZ, | ) | |
| EDUARDO LLAMAS-MONTEZ, and, | ) | |
| SALVADOR CAMACHO LOPEZ, | ) | |
| | ) | |
| Defendants. | ) | |

Defendants, through counsel, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, agree that the Status Conference set for August 27, 2007, at 10:00 a.m., be continued to October 1, 2007, at 10:00 a.m., before the Honorable Frank C. Damrell, Jr.

In addition, it is agreed that the Court should find excludable time through October 1 ,2007, pursuant to Local Rules T-2 and T-4.

/////

-1-

Respectfully Submitted,

Dated: August 22, 2007

/s/ C. David Eyster
C. DAVID EYSTER, Attorney for
SALVADOR CAMACHO LOPEZ, Defendant

Dated: August 22, 2007

/s/ Gilbert A. Roque
GILBERT A. ROQUE, Attorney for
ELISANDRO AMBRIZ-MUNOZ, Defendant

Dated: August 22, 2007

/s/ Roy E. Miller
ROY E. MILLER, Attorney for
JOSE FLORES LOPEZ, Defendant

Dated: August 22, 2007

/s/ Shari Rusk
SHARI RUSK, Attorney for
EDUARDO LLAMAS-MONTES, Defendant

Dated: August 22, 2007

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: August 22, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE