1  LAW FIRM OF HANSEN & MILLER
   ROY E. MILLER ESQ. CA SBN# 174821
2  18 East Fulton Road
   Santa Rosa, CA. 95403
3  (707) 575-1040

4  Attorneys for Defendant
5  **JOSE FLORES LOPEZ**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
           Plaintiff,

                                    Case No. CR 2:07-CR-086-FCD

                                    STIPULATION AND ORDER TO
                                    CONTINUE STATUS CONFERENCE

v.

JOSE FLORES LOPEZ,
ELISANDRO AMBRIZ-MUNOZ,
EDUARDO LLAMAS-MONTEZ, and,
SALVADOR CAMACHO LOPEZ
           Defendants.

   Defendants, through counsel, and the United States of America, through Assistant United States Attorney Heiko P. Coppola, agree that the Status Conference set for October 1, 2007, at 10:00 a.m. be continued to November 19, 2007, at 10:00 a.m. before the Honorable Frank C. Damrell, Jr.

   In addition, its is agreed that the Court should find excludable time through November 19, 2007, pursuant to Local Rules T-2 and T-4.

Dated:  September 27, 2007          /s/C. David Eyster
                                    C. DAVID EYSTER, Attorney for
                                    SALVADOR CAMACHO LOPEZ, Defendant

-1-

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 27, 2007 | /s/ Gilbert A. Roque |
| 3 | | GILBERT A. ROQUE, Attorney for |
| | | ELISANDRO AMBRIZ-MUNOZ, Defendant |
| 4 | Dated:  September 27, 2007 | /s/ Roy E. Miller |
| 5 | | ROY E. MILLER, Attorney for |
| | | JOSE FLORES LOPEZ, Defendant |
| 6 | Dated:  September 27, 2007 | /s/ Heiko P. Coppola |
| 7 | | HEIKO P. COPPOLA |
| | | Assistant United States Attorney |
| 8 | Dated:  September 27, 2007 | /s/ Shari Rusk |
| 9 | | SHARI RUSK, Attorney for |
| | | EDUARDO LLAMAS-MONTES |

**IT IS SO ORDERED.**

**DATED: September 28, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE