```
1  SHARI RUSK, Bar #170313
   ATTORNEY AT LAW
2  1710 BROADWAY, SUITE 111
   Sacramento, California 95818
3  Telephone: (916) 804-8656

4  Attorney for Defendant
   Eduardo Llamas-Montez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )  NO. 2:07-cr-0086 FCD
                             )
            Plaintiff,       )
                             )  Stipulation to Continue Status
       v.                    )  Conference & Order
                             )
JOSE LOPEZ, et. al.,         )  Date: January 22, 2008
                             )  Time: 10:00 a.m.
            Defendants.      )  Court: Hon. Frank C. Damrell Jr.
                             )
_____  )
```

Defendants, Jose Lopez, Elisandro Ambriz-Munoz, Eduardo Llamas-Montes and Salvador Camacho-Lopez, by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Heiko Coppola, hereby agree and stipulate that the status conference previously scheduled for November 19, 2007 should be re-set to January 22, 2008, if that date is available with the Court.

The parties agree that the status conference set for November 19, 2007 should be continued to January 22, 2008 to allow counsel sufficient time to investigate, prepare and continue negotiation. Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and pursuant to local code T4.

////

////

```
                                        Respectfully submitted,

                                        /s/ Shari Rusk
Dated: November 16, 2007                Shari Rusk
                                        Attorney for Defendant
                                        Eduardo Llamas-Montes


                                        /s/ Gilbert Roque
                                        Attorney for Defendant
                                        Elisandro Ambriz-Munoz

                                        /s/ Roy Miller
                                        Attorney for Defendant
                                        Jose-Flores Lopez


                                        /s/ David Eyster
                                        Attorney for Defendant
                                        Salvador Camacho-Lopez


                                        /s/ Heiko Coppola
Dated: November 16, 2007                Heiko Coppola
                                        Assistant United States Attorney
```

   IT IS SO ORDERED.

Dated: November 16, 2007

```
                                        _____
                                        FRANK C. DAMRELL, JR.
                                        UNITED STATES DISTRICT JUDGE
```