```
SHARI RUSK, Bar #170313
ATTORNEY AT LAW
1710 BROADWAY, SUITE 111
Sacramento, California 95818
Telephone: (916) 804-8656

Attorney for Defendant
Eduardo Llamas-Montez
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR. S.07-086 FCD |
| Plaintiff, ) | **Stipulation and Order to Continue Status Conference** |
| v. ) | |
| JOSE LOPEZ, et. al., ) | Date: March 3, 2008 |
| Defendants. ) | Time: 10:00 a.m. |
| ) | Court: Hon. Frank C. Damrell, Jr. |

Defendants, Jose Lopez, Elisandro Ambriz-Munoz, Eduardo Llamas-Montes and Salvador Camacho-Lopez, by and through their undersigned counsel and the United States, by and through Assistant United States Attorney Heiko Coppola, hereby agree and stipulate that the status conference previously scheduled for January 22, 2008, be continued to March 3, 2008 at 10:00 a.m.

The parties agree that the status conference set for January 22, 2008 should be continued to March 3, 2008 to allow counsel sufficient time to investigate, prepare and continue negotiation.  Time should be excluded for preparation of counsel under 18 U.S.C. § 3161(H)(8)(b)and pursuant to local code T4.

```
                                    Respectfully submitted,

                                    /s/ Shari Rusk
Dated: January 4, 2008              Shari Rusk
                                    Attorney for Defendant
                                    Eduardo Llamas-Montes

                                    /s/ Gilbert Roque
                                    Attorney for Defendant
                                    Elisandro Ambriz-Munoz

                                    /s/ Roy Miller
                                    Attorney for Defendant
                                    Jose-Flores Lopez


                                    /s/ David Eyster
                                    Attorney for Defendant
                                    Salvador Camacho-Lopez




                                    /s/ Heiko Coppola
Dated: January 4, 2008              Heiko Coppola
                                    Assistant United States Attorney
```

**ORDER**

IT IS SO ORDERED.

Dated: January 4, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2