1  MCGREGOR W. SCOTT
   United States Attorney
2  HEIKO P. COPPOLA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0086 FCD |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER TO EXCLUDE TIME |
| SALVADOR CAMACHO LOPEZ, ELISANDRO AMBRIZ, and EDUARDO LLAMAS | ) | |
| Defendants. | ) | |

The parties request that the status conference in this case be continued from April 28, 2008 to June 9, 2008 at 10:00 a.m. They stipulate that the time between April 28, 2008 and June 9, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4. Specifically, the remaining defense counsel need additional time to review discovery, investigate, and continue plea negotiations with the government. The court has also found time may be

1

excluded in this matter based upon the complexity of the case under 18 U.S.C. §3161(h)(8)(B)(ii) and Local Code T-2. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

Respectfully Submitted,

McGREGOR W. SCOTT
United States Attorney

DATE: April 24, 2008        By:   /s/ Heiko P. Coppola[1]
                                  HEIKO P. COPPOLA
                                  Assistant U.S. Attorney

DATE: April 24, 2008              /s/ Alex R. Kessel
                                  ALEX R. KESSEL
                                  Attorney for Defendant
                                  Salvador Camacho Lopez

DATE: April 24, 2008              /s/ Shari Rusk
                                  SHARI RUSK
                                  Attorney for Defendant
                                  Eduardo Llamas

DATE: April 24, 2008              /s/ Gilbert A. Roque
                                  GILBERT A. ROQUE
                                  Attorney for Defendant
                                  Elisandro Ambriz

**IT IS SO ORDERED.**

DATE: April 24, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

---

[1]This document was signed electronically by AUSA Coppola with the consent of all remaining defense counsel.