1  ALEX R. KESSEL (State Bar No. 110715)
   16000 Ventura Blvd.
2  Penthouse Suite 1208
   Encino, California 91436-2746
3  Telephone: (818) 995-1422
   Facsimile: (818) 788-9408
4  Email: kessellaw@sbcglobal.net

5

6  Attorney for Defendant
   SALVADOR CAMACHO LOPEZ

7

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,           )  CASE NO.: 2:07-CR-0086-FCD
                                       )
12             Plaintiff,              )  STIPULATION AND ORDER TO
                                       )  CONTINUE STATUS CONFERENCE
13 vs.                                 )
                                       )
14 SALVADOR CAMACHO LOPEZ. et al,      )
                                       )
15             Defendants.             )
                                       )
16

17     The parties request that the status conference in this case be continued from July 21, 2008 at

18 10:00 a.m to September 2, 2008 at 10:00 a.m. They stipulate that the time between July 21, 2008

19 and September 2, 2008 should be excluded from the calculation of time under the Speedy Trial Act.

20 The parties stipulate that the ends of justice are served by the Court excluding such time, so that

21 counsel for each defendant may have reasonable time necessary for effective preparation, taking

22 into account the exercise of due diligence. 18 U.S.C. §3161()(8)(B)(iv) and Local Code T-4.

23 Specifically, the remaining defense counsel need additional time to review discovery, investigate,

24 and continue plea negotiations with the government. The court has also found time may be excluded

25 in this matter upon the complexity of the case under 18 U.S.C. §3161 (h)(8)(B)(ii) and Local Code

26 T-2. The parties stipulate and agree that the interests of justice served by granting this continuance

27 outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161

28 (h)(8)(A).

1

1 | Dated: July 17, 2008                              Respectfully submitted,

3 | /s/ Alex R. Kessel
   | _____
4 | ALEX R. KESSEL
   | Attorney for Defendant
5 | SALVADOR CAMACHO LOPEZ

6 |
   | /s/ Shari Rusk
7 | _____
   | SHARI RUSK
8 | Attorney for Defendant
   | EDUARDO LLAMAS-MONTES

10 | Dated:July 17, 2008                              MCGREGOR W. SCOTT
11 |                                                  United States Attorney

12 | /s/ Heiko Coppola
    | _____
13 | HEIKO COPPOLA
    | Assistant United States Attorney

15 | **IT IS SO ORDERED:**

17 | Dated: July 17, 2008

18 | _____
    | FRANK C. DAMRELL, JR.
19 | UNITED STATES DISTRICT JUDGE

2