ALEX R. KESSEL (State Bar No. 110715)
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
SALVADOR CAMACHO LOPEZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                                         )<br>                   Plaintiff,                   )<br>                                                         )<br>vs.                                                   )<br>                                                         )<br>SALVADOR CAMACHO LOPEZ. et al,   )<br>                                                         )<br>                   Defendants.              )<br>_____ ) | CASE NO.: 2:07-CR-086-FCD<br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE |

The parties request that the status conference in this case be continued from September 2, 2008 at 10:00 a.m to November 10, 2008 at 10:00 a.m. They stipulate that the time between September 2, 2008 and November 10, 2008 should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161()(8)(B)(iv) and Local Code T-4. Specifically, the remaining defense counsel need additional time to review discovery, investigate, and continue plea negotiations with the government. The court has also found time may be excluded in this matter upon the complexity of the case under 18 U.S.C. §3161 (h)(8)(B)(ii) and Local Code T-2. The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(8)(A).

Dated:                                    Respectfully submitted,


                                          /s/ Alex Kessel
                                          _____
                                          ALEX R. KESSEL
                                          Attorney for Defendant
                                          SALVADOR CAMACHO LOPEZ


                                          /s/ Shari Rusk
                                          _____
                                          SHARI RUSK
                                          Attorney for Defendant
                                          EDUARDO LLAMAS-MONTES


Dated:                                    MCGREGOR W. SCOTT
                                          United States Attorney

                                          /s/ Heiko Coppola
                                          _____
                                          HEIKO COPPOLA
                                          Assistant United States Attorney


**IT IS SO ORDERED:**

Dated: August 27, 2008

                                          _____
                                          FRANK C. DAMRELL, JR.
                                          UNITED STATES DISTRICT JUDGE

2