1  ALEX R. KESSEL (State Bar No. 110715)
   16000 Ventura Blvd.
2  Penthouse Suite 1208
   Encino, California 91436-2746
3  Telephone: (818) 995-1422
   Facsimile: (818) 788-9408
4  Email: kessellaw@sbcglobal.net

5

   Attorney for Defendant
6  SALVADOR CAMACHO LOPEZ

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11  UNITED STATES OF AMERICA,          )   CASE NO.: 2:07-CR-086-FCD
                                       )
12                    Plaintiff,       )   STIPULATION AND ORDER TO
                                       )   CONTINUE STATUS CONFERENCE
13  vs.                                )
                                       )
14  SALVADOR CAMACHO LOPEZ. et al,     )
                                       )
15                    Defendants.      )
                                       )
16  ─────────────────────────────────  )

17          The parties request that the status conference in this case be continued from November 10

18  2008 at 10:00 a.m to December 1, 2008 at 10:00 a.m. They stipulate that the time between

19  November 10, 2008 and December 1, 2008 should be excluded from the calculation of time under

20  the Speedy Trial Act. The parties stipulate that the ends of justice are served by the Court excluding

21  such time, so that counsel for each defendant may have reasonable time necessary for effective

22  preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161()(8)(B)(iv) and

23  Local Code T-4. Specifically, the remaining defense counsel need additional time to review

24  discovery, investigate, and continue plea negotiations with the government. The court has also

25  found time may be excluded in this matter upon the complexity of the case under 18 U.S.C. §3161

26  (h)(8)(B)(ii) and Local Code T-2. The parties stipulate and agree that the interests of justice served

27  by granting this continuance outweigh the best interest of the public and the defendant in a speedy

28  trial. 18 U.S.C. § 3161 (h)(8)(A).

                                       1

1   Dated: November 6, 2008                    Respectfully submitted,

2

3

4                                              /s/ Alex R. Kessel
                                               ALEX R. KESSEL
                                               Attorney for Defendant
5                                              SALVADOR CAMACHO LOPEZ

6

7                                              /s/ Shari Rusk
                                               SHARI RUSK
8                                              Attorney for Defendant
                                               EDUARDO LLAMAS-MONTES
9

10
    Dated: November 6, 2008                    MCGREGOR W. SCOTT
11                                             United States Attorney

12
                                               /s/ Heiko Coppola
13                                             HEIKO COPPOLA
                                               Assistant United States Attorney
14

15  **IT IS SO ORDERED:**

16
    Dated: November 7, 2008
17

18                                             FRANK C. DAMRELL, JR.
                                               UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28