ALEX R. KESSEL (State Bar No. 110715)
16000 Ventura Blvd.
Penthouse Suite 1208
Encino, California 91436-2746
Telephone: (818) 995-1422
Facsimile: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant
SALVADOR CAMACHO LOPEZ

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:07-CR-086-FCD |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| vs. | |
| SALVADOR CAMACHO LOPEZ, | |
| Defendants. | |

The parties request that the sentencing in this case be continued from February 23, 2009 at 10:00 a.m to April 6, 2009 at 10:00 a.m. Counsel for Defendant Camacho Lopez is engaged in trial in the matter of U.S.A. vs. Vo Duong Tran, case number CR08-197-AG, in the United States District Court, Central District of California in Santa Ana before the Honorable Andrew J. Guilford. This is a two defendant conspiracy case wherein the defendants are in custody. This matter involves an out of state attorney and witnesses who have arranged their schedules to be present for this matter.

Dated: February 19, 2009            Respectfully submitted,


                                                     /s/ Alex R. Kessel
                                                    ALEX R. KESSEL
                                                    Attorney for Defendant
                                                    SALVADOR CAMACHO LOPEZ

1

| | |
|---|---|
| Dated: February 19, 2009 | LAWRENCE G. SCOTT<br>United States Attorney |
| | /s/ Heiko Coppola<br>HEIKO COPPOLA<br>Assistant United States Attorney |

**IT IS SO ORDERED:**

Dated: February 19, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE